ACCEPTED
01-14-00496-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/27/2015 4:56:06 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00496-CR

In the
Court of Appeals for the First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/27/2015 4:56:06 PM
CHRISTOPHER A. PRINE
Clerk

Cause No. 2013R-0086
In the 155th District Court
Of Austin County, Texas

PATRICK HURD,
Appellant

v.

THE STATE OF TEXAS,
Appellee

FIRST MOTION FOR EXTENSION OF TIME FOR FILING
APPELLEE'S BRIEF

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Assistant District Attorney Brandy Robinson, Appellee, moves the court for an extension of time for filing Appellee's brief. The present date for filing is March 6, 2015, and Appellee requests said time be extended until April 6, 2015.

I.

Appellee seeks an extension of time for the following reasons:

1.  Appellant's motion alleges insufficiency of the evidence, and Appellee's response requires extensive fact-intensive briefing.

2. Appellant filed Appellant's Brief in this matter on February 4, 2015. Appellee subsequently completed other appellate matters. Appellee filed its brief in Wheeler v. State, 01-14-0868-CR, on February 5, 2015. Appellee completed and filed its brief in Marek v. State, 01-14-00431-CR, on February 9, 2015.

3. Appellee is first chair on a contested Motion to Adjudicate hearing on State v. Laura Lyons, Possession of a Controlled Substance (First Degree Felony), 2007R-0116 at 1:30 p.m. on March 3, 2015 and has been preparing for that hearing.

4. Appellee is first chair on the trial to determine competency on State v. Pickron, Murder, 2011R-0076, and has been actively preparing for this competency trial, with evidence to begin the afternoon of March 9, 2015.

5. Appellee is first chair on the trial of State v. Holba, Continuous Sexual Abuse of a Child, 2013R-0094, and has been actively preparing for trial, with evidence to begin on March 11, 2015.

6. Appellee's office has only four attorneys, and Appellee is responsible for all appellate matters within the office. As part of Appellee's additional responsibilities as a misdemeanor and felony prosecutor, Appellee has represented the State on felony and misdemeanor dockets on February 12th, 17th, and 19th, 2015, and will be required to represent the State on felony and misdemeanor dockets on March 3rd, 5th, 19th, 24th, and 26th, 2015.

II.

This is the first extension requested.  Appellee has contacted Appellant's counsel, who does not oppose the extension.  There have been no previous extensions.

III.

Appellee moves to extend time to file Appellee's Brief until April 6, 2015.

Respectfully submitted,

_Brandy Robinson_

Brandy N. Robinson
Asst. Criminal District Attorney
One East Main
Bellville, Texas  77418
(979) 865-5933
State Bar No. 24051688

## CERTIFICATE OF SERVICE

I, Brandy Robinson, hereby certify that a true and correct copy of the First Motion for Extension of Time for Filing Appellee's Brief has been served upon, Calvin Garvie, attorney for Appellant, via email at texattycg@aol.com.

Date: _2-27-15_

_Brandy Robinson_

Brandy Robinson

STATE OF TEXAS §
§
COUNTY OF AUSTIN §

BEFORE ME, the undersigned authority, on this day personally appeared Brandy N. Robinson, who after being duly sworn upon her oath did depose and state:

"My name is Brandy N. Robinson, and I am the attorney of record for the Appellee in the foregoing entitled and numbered cause. I am familiar with the facts and allegations contained in the foregoing First Motion for Extension of Time for Filing Appellee's Brief, and they are correct."

Brandy N. Robinson

SUBSCRIBED AND SWORN to before me this the 27th day of February, 2015.

Notary Public, State of Texas
Commission Expires: 9-13-2016



LISA TOBOLA
Notary Public, State of Texas
Commission Expires 09-13-2016